IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARTIN L. POINSETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No. CIV-21-1205-F |
| | ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court is in receipt of the Rule 12(c) Motion for Judgment on the Pleadings filed by defendant, Life Insurance Company of North America. *See*, doc. no. 22. Upon cursory review, the court notes that defendant, in Section III of the motion, "seeks a stay of discovery relating to Plaintiff's bad faith claim so that the Court can determine whether any such claim even exists." *Id*. at ECF p. 19.

Under Rule 7(b)(1), Fed. R. Civ. P., "[a] request for a court order must be made by motion." And under LCvR7.1(c), "[e]ach motion filed shall be a separate document, except where otherwise allowed by law, these rules, or court order." Defendant's discovery stay request violates these rules.

Accordingly, Section III of the Rule 12(c) Motion for Judgment on the Pleadings filed by defendant, Life Insurance Company of North America, is **STRICKEN**.

IT IS SO ORDERED this 14th day of July, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-1205p004.docx