IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARTIN L. POINSETT, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>LIFE INSURANCE COMPANY OF )<br>NORTH AMERICA, )<br>)<br>Defendant. ) | Case No. CIV-21-1205-F |

## ORDER

On July 14, 2022, the court entered an order striking Section III of the Rule 12(c) Motion for Judgment on the Pleadings filed by defendant, Life Insurance Company of North America (LINA).  *See*, doc. no. 23.  Section III contained a discovery stay request which violated both Rule 7(b)(1), Fed. R. Civ. P., and LCvR7.1(c).

The court is now in receipt of LINA's Motion for Judgment on the Pleadings and LINA's Motion to Stay Discovery on Plaintiff's Bad Faith Claim.  *See*, doc. nos. 24 and 25.

In light of the filing of LINA's Motion for Judgment on the Pleadings, the court **STRIKES** as **MOOT** the Rule 12(c) Motion for Judgment on the Pleadings (doc. no. 22) previously filed by LINA.  Plaintiff Martin L. Poinsett shall file any response in opposition to LINA's Motion for Judgment on the Pleadings (doc. no. 24) and LINA's Motion to Stay Discovery on Plaintiff's Bad Faith Claim (doc. no. 25) in accordance with time the prescribed by LCvR7.1(g).  Any reply shall be filed in accordance with the time prescribed by LCvR7.1(i).

IT IS SO ORDERED this 15th day of July, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-1205p005.docx